WILLIAM DOLSON AND ANOTHER, ASSIGNEES, RESPONDENTS,
v. JOHN W. KERR, SHERIFF, AND ANOTHER, APPELLANTS.

*Assignment for the benefit of creditors* — *when void* — *exempt property* — *when does
not pass under.*

Where, at the time of the execution of an assignment for the benefit of creditors,
it was agreed between the assignor and assignees that they should lease all
the assigned property to the wife of the assignor, which agreement was carried
into effect, the assignees never taking possession of the property, but leaving

it with the assignor and his wife: *held*, that the assignment was void, as tending to hinder, delay and defraud creditors.

All exempt property, although expressly excepted from the assignment, was included in the inventory and lease. *Held*, that as the assignees acquired no title by the assignment or the delivery under it, the wife's title would not be superior to that of the creditors of her husband, and that his assent to the possession would not preclude the sheriff from levying upon a portion of such exempt property — viz., a team of horses — to satisfy a judgment obtained for their purchase-price upon the sale to the husband.

Appeal from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

*A. Schoonmaker, Jr.*, and *J. M. Cooper*, for appellants. *J. Newton Fiero*, for respondents.

Opinion *per Curiam*.

Present — Learned, P. J., Boardman and James, JJ.

Judgment reversed and new trial granted, costs to abide the event.